## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| DAVID MUSHIMBA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  1:20-cv-01354 |
| | ) | |
| STATE FARM INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On February 17, 2021, Magistrate Judge Schanzle-Haskins filed a Report and Recommendation indicating this matter should be dismissed without prejudice for want of prosecution because Plaintiff failed to serve Defendant in accordance with Federal Rule of Civil Procedure 4. (Doc. 4). Despite being advised he could file an objection to the Report and Recommendation within fourteen days, *see* 28 U.S.C. § 636, Plaintiff filed nothing. He seems to have wholly abandoned this case.

The Court agrees with Magistrate Judge Schanzle-Haskins's Report and Recommendation and adopts it in full. This matter is therefore DISMISSED WITHOUT PREJUDICE for want of prosecution.


SO ORDERED.

Entered this 10th day of March 2021.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge
